IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY KING,** | |
| **Plaintiff,** | |
| v. | 1:05-cv-486-WSD-ECS |
| **PUBLIX SUPERMARKETS INC.,** | |
| **Defendant.** | |

**OPINION AND ORDER**

This matter is before the Court on the Report and Recommendation [31] issued by Magistrate Judge Scofield dismissing Plaintiff's race discrimination claim under the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"). Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's conclusions on the merits of Plaintiff's claim.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation.  The Clerk of Court is **DIRECTED** to dismiss the case.

**SO ORDERED** this 28th day of July, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE